No. 541. STOLLER, DOING BUSINESS AS RICHLAND LAUNDRY & DRY CLEANERS, *v.* NATIONAL LABOR RELATIONS BOARD; and

No. 542. LAUNDRY & DRY CLEANERS UNION,· LOCAL 197, *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Richard S. Munter* for petitioner in No. 541. *George E. Flood* and *Samuel B. Bassett* for petitioner in No. 542. *Acting Solicitor General Stern, George J. Bott, David P. Findling, Dominick L. Manoli* and *Margaret M. Farmer* for respondent. Reported below: 207 F. 2d 305.

No. 544. SWARTZ ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Hyman M. Greenstein* for petitioners.

No. 547. C-O-Two FIRE EQUIPMENT CO. *v.* SPECIALTIES DEVELOPMENT CORP. C. A. 3d Cir. Certiorari denied. *R. Morton Adams* for petitioner. *Floyd H. Crews* for respondent.

No. 549. CLARK *v.* BRYSON, SHERIFF. Court of Criminal Appeals of Texas. Certiorari denied. *John D. Cofer* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *Rudy G. Rice* and *Horace Wimberly, Jr.,* Assistant Attorneys General, for respondent.

No. 551. HART *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Leffel Gentry* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Robert N. Anderson* for the United States.

No. 556. HICKEY ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *James M. Marsh, Stanley Folz* and *J. Harry LaBrum* for petitioners. *Acting Solicitor*